PERJURY — LEGAL Resource office Supervisor Committed PERJURY Against The Plaintiff Matthew V, Foley JR Booking # 220414006 ID # 252238

**Name and Prisoner/Booking Number:** Foley, Matthew — FALSE SIGNATURE

**Place of Confinement:** Matthew V. Foley JR Adult Pima County Detention Center

**Mailing Address:** P.O. BOX 951

**City, State, Zip Code:** Tucson AZ 85702

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☑ FILED  ___ LODGED
___ RECEIVED  ___ COPY

JUL 24 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Matthew V Foley JR,
(Full Name of Plaintiff)
   Plaintiff,

vs.

(1) Pima County Adult Detention Center,
(2) Legal Resource office Supervisor,
(3) Medical Staff John Doe,
(4) Medical Mental Health provider,
(Full Name of Defendant)
   Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-338-TUC-JAS(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Request JURY TRIAL

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: Pima County jail Sheriffs Department

2. Institution/city where violation occurred: Pima County Adult Detention Center

550/555

## B. DEFENDANTS

1. Name of first Defendant: **Pima County Adult Detention Center**. The first Defendant is employed as: **Administrative Office** (Position and Title) at **Sheriffs Department - Tucson** (Institution).

2. Name of second Defendant: **Legal Office Supervisor**. The second Defendant is employed as: **Resource Supervisor Legal Office** (Position and Title) at **Sheriff Department Tucson** (Institution).

3. Name of third Defendant: **Medical Staff John Doe**. The third Defendant is employed as: **Pima County Medical Staff** (Position and Title) at **Sheriffs Department** (Institution).

4. Name of fourth Defendant: **Mental Health Provider**. The fourth Defendant is employed as: **Mental Health Provider Doctor** (Position and Title) at **Sheriffs Department** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? **3**. Describe the previous lawsuits:

   a. First prior lawsuit:
   1. Parties: **Matthew V. Foley JR** v. **Pima County Adult Center**
   2. Court and case number: **CV-23-00191-TUC-JAS-PSOT**
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   b. Second prior lawsuit:
   1. Parties: **Matthew V. Foley JR** v. **Tucson City**
   2. Court and case number: **CV-23-00139-TUC-JAS-PSOT**
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   c. Third prior lawsuit:
   1. Parties: **Matthew V Foley JR** v. **Audray Baumgartner**
   2. Court and case number: **CV-23-00295-TUC-JAS-PSOT**
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __PERJURY - FRAUD__.

2. Count I. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The Pima County Sheriff DEPARTMENT NEGLIGENT Training Hiring Supervision Medical Staff at the pima county jail is illegally TAMPERING with Plaintiffs Medications CRUSing My Pills And Force me to take them. Tampering with PreTrial DeTainees Medication Please, Send Me, DiscoveRY Process to obTain NAMES individual UNKNOWN DEFENDANTS as John Doe

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). POST - TRAUMATIC Stress Disorder — EMOTIONAL DISTRESS MENTAL Anguish MENTA Pain Liability - MENTAL Health Abuse

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. SEEKING JUSTICE in COURT.

## COUNT II

1. State the constitutional or other federal civil right that was violated: **PERJURY**

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: **PERJURY**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   PERJURY committed by on 7-19-2023 The LEGAL RESOURCE office SUPERVISOR deliberate indifference Standard THE LEGAL Resource office Supervisor Keeps illegally Deliberately Recklessly committing FRAUD PERJURY By illegally Writing My Signature committing FORGERY ON a LEGAL DOCUMENT thats illegal its PERJURY His JOHN DOE OR Her JANE DOE Reckless Behavior CAUSE Plaintiff PAIN UNDER color state LAW Deprived Rights Privileges IMMUNITIES.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   PERMANENT — POST-TRAUMATIC Stress Disorder — TENSIONS DAMAGES MENTAL DESPERATION — MENTAL — lust — Personal INJURY — NO Family support CAUSED DAMAGES. Liability MENTAL Abuse

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. SEEKING MY DAY IN COURT

4

UNDER-CASE GORDOON V. COUNTY OF ORANGE.
DeliberATE inDiffernce

## COUNT III

1. State the constitutional or other federal civil right that was violated: DENIED A Medical CARe.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   
   DENIED Medical CARe Refused - Medical CARe
   The nurses Medical care system is committing Medical MAlPRActices by crushing up Medications called crushed and FloAT
   Its Not Policy Not in Mate Hand Book
   DENIED my Medications ToTALY Medical MAlPRActice illegAl to crushed up some Medication
   jail nurse illegally TAMpering with Pretrial deTAinees Personal Medications

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   DISCOMFORT  POST-MENTAL PAIN  EXCRUCIAting Pain
   MENTAL-DiscRiminAtion-Pain,  Lost of WAges  Lost of FAMily

5. **Administrative Remedies.** DENIED MENTAl Health Treatment
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Exhaustion of Administrative Remedies.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: personal injury, Compensate $700,000 Punitive Damages 2 Million Mental Pain and Suffering Anguish

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7-20-2023__
DATE

_Matthew V Foley Jr_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.